**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-03139-AP

BACKCOUNTRY HUNTERS AND ANGLERS, Colorado Chapter,

    Petitioner,

v.

UNITED STATES FOREST SERVICE; MARK STILES, in his official capacity as Forest Supervisor for the San Juan National Forest; and THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service,

    Respondents,

and

COLORADO OFF HIGHWAY VEHICLE COALITION, TRAILS PRESERVATION ALLIANCE, SAN JUAN TRAIL RIDERS, PUBLIC ACCESS PRESERVATION ASS'N, and THE BLUE RIBBON COALITION

    Respondent-Intervenors.

---

**LAW STUDENT ENTRY OF APPEARANCE**

---

1. Law Student Certification

    I certify that:

    (a)    I am duly enrolled in the <u>University of Colorado</u> Law School in accordance with part B.1 of the Student Practice Rule of this court.

    (b)    I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

    (c)       I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (cod.uscourts.gov), including the Judicial Officers' Procedures.

Dated: 3/7/12                ___s/ Andrew Nicewicz_____
                               Andrew Nicewicz

2. Law School Certification

    I certify that this student:

    (a)       has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

    (b)       is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

    (c)       that <u>Michael C. Soules</u>, who will serve as supervising attorney, is employed in a clinical program approved by this school.

Dated: 3/5/12                ___s/ Helen Norton_____
                               Signature of Dean or Authorized Designee

                               ___Associate Dean_____
                               (Position of Above)

3. <u>Supervising Attorney's Certification</u>

As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

    (a)       assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

    (b)       guide and assist this student as necessary or appropriate under the circumstances; and

    (c)    appear with this student in all proceedings in this matter.

Dated: 3/5/12                     __s/ Michael C. Soules_____  
                                       Michael C. Soules  
                                       Supervising Attorney

4. <u>Consent of Client</u>

      I consent to be represented by student attorney,  <u>A</u><u>NDREW</u> <u>N</u><u>ICEWICZ</u>      , in this matter in accordance with the Student Practice Rule of this court.

      I authorize this student: to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this court and employed in the clinical program at the law school.

Dated:                                        _s/ Robert H. Marion_____
                                            Signature of Client

                                            F<span style="font-variant:small-caps">OREST</span> W<span style="font-variant:small-caps">ATCHMAN</span>
                                            C<span style="font-variant:small-caps">OLORADO</span> B<span style="font-variant:small-caps">ACKCOUNTRY</span> H<span style="font-variant:small-caps">UNTERS AND</span> A<span style="font-variant:small-caps">NGLERS</span>

5. <u>Judicial Consent</u>

      I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court.

Dated: March 12, 2012                                      ***s/John L. Kane***
                                                            The Honorable John L. Kane
                                                            United States District Judge
                                                            District of Colorado