**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-03139-AP


BACKCOUNTRY HUNTERS AND ANGLERS, Colorado Chapter,

      Petitioner,

                                    v.

UNITED STATES FOREST SERVICE; MARK STILES, in his official capacity as Forest Supervisor for the San Juan National Forest; and THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service,

      Respondents,

      and

COLORADO OFF HIGHWAY VEHICLE COALITION, TRAILS PRESERVATION ALLIANCE, SAN JUAN TRAIL RIDERS, PUBLIC ACCESS PRESERVATION ASS'N, and THE BLUE RIBBON COALITION

      Respondent-Intervenors.

_____

**LAW STUDENT ENTRY OF APPEARANCE**
_____


1. Law Student Certification

      I certify that:

  (a)    I am duly enrolled in the <u>University of Colorado</u> Law School in accordance with part B.1 of the Student Practice Rule of this court.

  (b)    I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

(c)     I am familiar with and will comply with the Federal Rules of Civil
        Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice
        and Website (cod.uscourts.gov), including the Judicial Officers' Procedures.

Dated: 3/5/12                    ___s/ Boe Nicholson_____
                                 Boe Nicholson

2. Law School Certification

        I certify that this student:

(a)     has completed at least two semesters of law school, including a course in
        Evidence, and is enrolled in (or has completed) an approved clinical program at
        the law school;

(b)     is qualified, to the best of my knowledge, to provide the legal representation
        permitted by the Student Practice Rule of this court;

(c)     that Michael C. Soules, who will serve as supervising attorney, is employed in a
        clinical program approved by this school.

Dated: 3/5/12                    ___s/ Helen Norton_____
                                 Signature of Dean or Authorized Designee

                                 ___Associate Dean_____
                                 (Position of Above)

3. Supervising Attorney's Certification

        As a member of the bar of the United States District Court for the District of Colorado, I
certify that I will:

(a)     assume personal professional responsibility for the student's work in accordance
        with the Student Practice Rule of this court;

(b)     guide and assist this student as necessary or appropriate under the
        circumstances; and

2

    (c)      appear with this student in all proceedings in this matter.


Dated: 3/5/12                                __ s/ Michael C. Soules_____

                                              Michael C. Soules

                                              Supervising Attorney

4. <u>Consent of Client</u>

        I consent to be represented by student attorney,  <u>BOE NICHOLSON</u>, in this matter in accordance with the Student Practice Rule of this court.

        I authorize this student: to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this court and employed in the clinical program at the law school.

Dated:                 <u>s/ Robert H. Marion</u>
                Signature of Client

                FOREST WATCHMAN
                COLORADO BACKCOUNTRY HUNTERS AND ANGLERS

5. <u>Judicial Consent</u>

       I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court.

Dated: March 12, 2012

                              ***<u>s/John L. Kane</u>***_____
                              The Honorable John L. Kane
                              United States District Judge
                              District of Colorado