**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date:  May 24, 2012 |
| Court Reporter:     Paul Zuckerman | |

Civil Action No. 11-cv-03139-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| BACKCOUNTRY HUNTERS AND ANGLERS, Colorado Chapter, | Michael Soules
Boe Nicholson
Andrew Nicewicz |
| Petitioner, | |
| v. | |
| UNITED STATES FOREST SERVICE;
MARK STILES, in his official capacity as Forest Supervisor for the San Juan National Forest; and
THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service, | Alison Garner (by telephone)
Jason Hill (by telephone) |
| Respondents, | |
| and | |
| COLORADO OFF-HIGHWAY VEHICLE COALITION;
TRAILS PRESERVATION ALLIANCE;
SAN JUAN TRAIL RIDERS;
PUBLIC ACCESS PRESERVATION ASS'N; and
THE BLUE RIBBON COALITION, | Paul Turcke (by telephone) |
| DUNTON HOT SPRINGS, INCL;
DUNTON, LLC, limited liability company;
TOWN OF RICO, COLORADO;
RICO ALPINE SOCIEETY; and | Stephen Johnson (by telephone) |
| SAN JUAN CITIZENS ALLIANCE, | Geoffrey Hickcox (by telephone) |
| Respondent-Intervenors | |

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

## COURTROOM MINUTES

HEARING:   Law and Motion

**9:07 a.m.      Court in session.**

The Court address the request for a preliminary injunction hearing.

Statements from counsel Nicholson, Hill and Turcke.

No hearing will be set at this time.

The Court addresses the Motions to File Amicus Briefs (**Doc. #31 and 33**)

**ORDER:**   Motions to File Amicus Briefs (**Doc. #31 and 33**) are **GRANTED.**  The filing of amicus briefs will be according to the same schedule as the parties.

The Court addresses Motion to Supplement the record (**Doc. #29**) and Motion to Strike Testimony (**Doc. #42**)

**ORDER:**   Motion to Supplement the record (**Doc. #29**) is **GRANTED in part and DENIED in part.**
Motion to Strike Testimony (**Doc. #42**) is **DENIED.**

**ORDER:**   Opening merits brief will be filed by **June 22, 2012**; response brief will be filed by **July 20, 2012**; response by Intervenors filed by **July 27, 2012**; reply brief will be filed by **August 17, 2012.**

If the Court deems oral argument necessary, it will set that hearing.

**9:45 a.m.      Court in recess.**
**Total Time:   38 minutes.**
**Hearing concluded.**