IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-03139-MSK-KLM

BACKCOUNTRY HUNTERS AND ANGLERS, Colorado Chapter,

    Petitioner,

v.

UNITED STATES FOREST SERVICE;
MARK STILES, in his official capacity as Forest Supervisor for the San Juan National Forest; and
THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service,

    Respondents,

and

COLORADO OFF-HIGHWAY VEHICLE COALITION;
TRAILS PRESERVATION ALLIANCE;
SAN JUAN TRAIL RIDERS;
PUBLIC ACCESS PRESERVATION ASS'N; and
THE BLUE RIBBON COALITION,
DUNTON HOT SPRINGS, INCL;
DUNTON, LLC, limited liability company;
TOWN OF RICO, COLORADO;
RICO ALPINE SOCIEETY; and
SAN JUAN CITIZENS ALLIANCE,

    Respondent-Intervenors.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order on Merits filed on March 21, 2013, Denying as Moot Petitioner's Motion for Preliminary Injunction, it is

ORDERED that final judgment is entered in favor of the Respondents and against the Petitioner on all claims in this action and the case is closed. It is further

ORDERED that Respondents are AWARDED their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 22nd day of March, 2013.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
Edward P. Butler
Deputy Clerk